**William L. BROADNAX, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 31387.**

Missouri Court of Appeals,
Western District.

March 2, 1981.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 30, 1981.

Application to Transfer Denied
May 11, 1981.

Clifford A. Cohen, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before WASSERSTROM, C. J., and SHANGLER, PRITCHARD, SWOFFORD, SOMERVILLE, CLARK and MANFORD, JJ.

PER CURIAM.

William Broadnax filed this 27.26 motion following his conviction for second degree murder and sentence to 100 years imprisonment. His conviction was affirmed in *State v. Broadnax,* 572 S.W.2d 224 (Mo.App.1978).

The trial court denied the 27.26 motion and Broadnax appeals. On this appeal Broadnax contends that women were impermissibly excluded from his jury under the holding in *Duren v. Missouri,* 439 U.S. 357, 99 S.Ct. 664, 58 L.Ed.2d 579 (1979) and that he was denied effective assistance of counsel because his attorney failed to file a motion to quash the jury panel.

Broadnax was convicted in March, 1977. The two contentions on this appeal are identical to those raised and decided in *Benson v. State,* 611 S.W.2d 538, decided December 30, 1980. No purpose would be served by elaborating on the reasons here-

tofore given in *Benson* for denying the contentions now raised on appeal by Broadnax.

No error of law appears and an extended opinion would have no precedential value. Rule 84.16(b). The judgment is affirmed.